# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-20339

_____

United States Court of Appeals
Fifth Circuit

**FILED**

October 17, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

> Plaintiff−Appellant,

versus

WILFREDO FUNEZ GARSILLA,

> Defendant−Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CR-5-1

_____

Before SMITH, COSTA, and HO, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that appellant's unopposed motion for summary dispo-sition is GRANTED. The order of May 1, 2019, granting the motion to dismiss filed by defendant Wilfredo Garsilla, is REVERSED, and the matter is re-

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 19-20339

turned to the district court for proceedings as appropriate.  IT IS FURTHER ORDERED that appellant's unopposed alternative motion for an extension to file its brief is DENIED as unnecessary.